IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD C. ROBERTSON**                                          **PLAINTIFF**

**v.**                                        **CIVIL NO. 1:16cv295-HSO-JCG**

**NANCY A. BERRYHILL, ACTING**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**                                **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on United States Magistrate Judge John C. Gargiulo's January 3, 2017, Report and Recommendation [13]. The Court, after a full review and consideration of the record in this case, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 15th day of March, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE